UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEMICA THOMAS, *et al.*,<br><br>　　　　　Plaintiffs,<br>v.<br><br>BLOCK, INC.,<br><br>　　　　　Defendant. | Case No.: 3:23-cv-05015-~~AGT~~  TLT<br><br>Judge Trina G. Thompson<br><br>~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION OF DISMISSAL |

　　This matter comes before the Court on the Joint Stipulation of Prejudice submitted by Plaintiffs Shemica Thomas, Naysen Edwards and Jaylen Talley and Defendant Block, Inc. pursuant to Civ. R. 41(a)(1)(A)(iii).

　　The Court being fully advised and for good cause shown, this Matter is hereby dismissed with prejudice.  Each party shall bear its own costs.

**IT IS SO ORDERED.**

Dated:   April 12, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE